UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EVANSTON INVESTMENTS, LLC,
d/b/a FLECK MANUFACTURING,

    Plaintiff,

    v.

SALVADORI S.R.L.,

    Defendant.

Civil Action No. 2:24-cv-4078
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the Parties' Stipulation Regarding Injunction Motions and Hearing. (ECF No. 51.) The Parties represent that Defendant agreed to withdraw its Motion for Preliminary Injunction (ECF No. 31) in exchange for Plaintiff withdrawing its Motion for Temporary Restraining Order (ECF No. 4). The Parties ask that the Court also vacate the Preliminary Injunction Hearing scheduled for April 22, 2025. (*See* ECF No. 38.)

Accordingly, the Preliminary Injunction Hearing (ECF No. 38) is **VACATED**. The Clerk is **DIRECTED** to take down the gavel on Plaintiff's Motion for Temporary Restraining Order (ECF No. 4) and Defendant's Motion for Preliminary Injunction (ECF No. 31). The Court will issue a forthcoming trial schedule.

This case remains open.

    **IT IS SO ORDERED.**

**3/24/2025**　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　EDMUND A. SARGUS, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE